*E-Filed 3/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIMBEL, | No. C 10-0420 RS (PR) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| FEDERAL CORRECTIONAL INSTITUTION IN DUBLIN, CALIFORNIA, | |
| Defendant. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* by February 27, 2010 or face dismissal of the action. Plaintiff still has not filed a complete application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: March 26, 2010

RICHARD SEEBORG
United States District Judge